IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EMMANUEL SLOAN,

    Plaintiff,

v.                                    Civil Action No. 3:17CV321

LT. PETTIWAY, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 24, 2017, the Court conditionally docketed the action. The May 24, 2017 Memorandum Order warned Emmanuel Sloan that the Court would dismiss the action if he failed to keep the Court informed of his current address. On June 2, 2017, the United States Postal Service returned the May 24, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." Since that date, Sloan has not contacted the Court to provide a current address. Sloan's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Sloan.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: June 21, 2017
Richmond, Virginia