IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EMMANUEL SLOAN,

    Plaintiff,

v.                           Civil Action No. 3:17CV321

LT. PETTIWAY, et al.,

    Defendants.

## MEMORANDUM OPINION

On June 2, 2017, the United States Postal Service returned to the Court a May 24, 2017 Memorandum Order sent to Emmanuel Sloan marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." By Memorandum Opinion and Order entered on June 22, 2017, the Court dismissed the action without prejudice because the Court concluded that Sloan had failed to keep the Court apprised of his current address. That conclusion was in error as Sloan had provided an updated address to the Court on May 30, 2017. Accordingly, pursuant to the direction of the United States Court of Appeals for the Fourth Circuit, the June 22, 2017 Memorandum Opinion and Order will be vacated. The Court will continue to process Sloan's action.

The Clerk is directed to send a copy of this Memorandum Opinion to Sloan.

                           /s/ REP

                           Robert E. Payne
                           Senior United States District Judge

Date: December 5, 2017
Richmond, Virginia